IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FREDERICK THOMAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-14-187 |
| § | |
| MANDEEP SINGH, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal with prejudice, (Docket Entry No. 5), this action is dismissed.

SIGNED on March 31, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge